# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Amy J. St. Eve | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 12 C 4961 | **DATE** | 10/2/2012 |
| **CASE TITLE** | Miller vs. Red Bull North America, Inc. | | |

**DOCKET ENTRY TEXT**

Plaintiff's motion to strike [33] is denied as moot in light of the Amended Answer.

■[ For further details see text below.]     Notices mailed by Judicial staff.

## STATEMENT

    Plaintiff Thi Thieu Miller commenced this action on June 21, 2012, and Defendant Red Bull North America, Inc. thereafter filed its Answer on September 11, 2012. (R. 1, Compl. & R. 29, Ans.) On September 13, 2012, Plaintiff moved to strike certain affirmative defenses that Defendant pleaded in its Answer. *See* Fed. R. Civ. P. 12(f). On October 1, 2012, Defendant responded to the motion and additionally filed an Amended Answer. *See* Fed. R. Civ. P. 15(a)(1)(A) ("A party may amend its pleading once as a matter of course within . . . 21 days after serving it"). The Amended Answer withdrew certain affirmative defenses and amended and others in response to Plaintiff's motion. (R. 37, Am. Ans.) In light of the Amended Answer, the motion to strike [29] is denied as moot.

| | Courtroom Deputy Initials: | KF |
|---|---|---|